UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASHMERE CAZEAU, | 1:05-cv-01004-AWI-DLB-P |
|       Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 10) |
| vs. | **ORDER DISMISSING ACTION** |
| CHAVEZ, et al., | |
|       Defendants. | |

Plaintiff, Cashmere Cazeau ("plaintiff"), is a federal prisoner in custody at the United States Penitentiary at Atwater, and is proceeding pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 20, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1   In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6      Accordingly, IT IS HEREBY ORDERED that:
7      1.  The Findings and Recommendations, filed June 20, 2006,
8  are ADOPTED IN FULL; and,
9      2.  This action is DISMISSED, with prejudice, for
10 plaintiff's failure to obey the court's order of May 3, 2006, and
11 for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:   September 23, 2006**                /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE